IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

PEARLENE MOH; FELICIA SMITH,
Individually and as Parent and Next Friend of
BRANDON ROGERS, a Minor                                             PLAINTIFFS

v.                      Case No. 2:11-CV-212-KB

RUSH TRUCKING CORPORATION
and MARIA ROMERO                                                    DEFENDANTS

## AMENDED ORDER

The Court acknowledges that its Order granting plaintiffs' Motion for Leave to File Amended Complaint contained an incorrect date (Dkt. No. 34). The Court amends the final sentence of that Order to read as follows: "Plaintiffs shall have up to and including October 4, 2012, to file their amended complaint."

SO ORDERED this the 25 day of September, 2012.

_____
Kristine G. Baker
United States District Judge