```
            IN THE UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF ARKANSAS
                      EASTERN DIVISION
```

PEARLENE MOH; FELICIA SMITH,                              PLAINTIFFS
INDIVIDUALLY AND AS PARENT
AND NEXT FRIEND OF BRANDON
ROGERS, A MINOR

v.                  CASE NO. 2:11CV00212-KGB

RUSH TRUCKING CORPORATION AND
AND MARIA ROMERO                                          DEFENDANTS

### ORDER TO FILE RECORDS UNDER SEAL

Comes before the Court Defendants Rush Trucking Corporation's and Maria Romero's Motion to File Records Under Seal. Based on the pleadings filed herein and being well and otherwise sufficiently advised, the Court finds this Motion to have merit and that it should be granted.

Accordingly the Clerk of Court is hereby directed to seal and remove from public access the Exhibits attached to Defendants Rush Trucking Corporation's and Maria Romero's Motion for Partial Summary Judgment and Brief in Support, which contain medical, personal, private, and confidential information. Pursuant to Rule 5.2 (a) and 5.2 (c) of the Federal Rules of Civil Procedure, said records are not to be included in the case file.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Exhibits attached to Defendants Rush Trucking Corporation's and Maria Romero's Motion for Partial Summary Judgment and Brief in

Support, which contains medical records and personal, private, and confidential information, shall hereby be sealed and removed from the public record and filed under seal.

IT IS SO ORDERED.

_____
HONORABLE KRISTINE G. BAKER
UNITED STATES DISTRICT COURT JUDGE

Jan. 9, 2013
DATE

PREPRARED BY:

Huckabay Law Firm, PLC
Metropolitan Building
425 W. Capitol Ave., Suite 1575
Little Rock, AR 72201
PH: 501-375-5600/FX: 501-375-5605