IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

PEARLENE MOH; FELICIA SMITH,
**Individually and as Parent and Next Friend of**
**BRANDON ROGERS, a Minor**                                      PLAINTIFFS

v.                                   NO: 2:11CV00212-KGB

RUSH TRUCKING CORPORATION
and MARIA ROMERO                                               DEFENDANTS

## ORDER GRANTING PLAINTIFFS' MOTION TO FILE UNDER SEAL PLAINTIFFS' RESPONSE IN OPPOSITION TODEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND SUPPORTING EXHIBITS AND PLEADINGS

Comes this day to be heard, Plaintiffs' (Pearlene Moh and Felicia Smith, individually and as parent and next friend of Brandon Rogers, a minor), Motion to File Under Seal Plaintiffs' Response in Opposition to Defendants' Motion for Partial Summary Judgment and Supporting Exhibits and Pleadings; and the Court, being fully advised by the pleadings and other matters, HEREBY FINDS, CONCLUDES, AND ORDERS that Plaintiffs' motion is hereby GRANTED.

Accordingly, the Clerk is hereby directed to seal and remove from public access Plaintiffs' Response in Opposition and Exhibits attached thereto, and the supporting pleadings, including Plaintiffs' Response to Defendants' Statement of Undisputed Facts and Plaintiffs' Statement of Undisputed Facts, and supporting Brief, which contain matters ordered to be private and confidential pursuant to Fed. R. Civ. P. 5.2.

THEREFORE, Plaintiffs' motion to seal the pleadings and records attached thereto in support of Plaintiffs' Response in Opposition to Defendants' Motion for Partial Summary Judgment.

IT IS SO ORDERED ON THIS 22 DAY OF JANUARY, 2013.

_____
HONORABLE KRISTINE G. BAKER
UNITED STATES DISTRICT COURT JUDGE


PREPARED BY:
Connie Grace
GARY HOLT & ASSOCIATES, P.A.
708 West Second Street
Little Rock, AR 72201
Telephone:     501-372-0266
Fax:           501-372-2249