# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

PEARLENE MOH; FELECIA SMITH,
Individually and as Parent and Next Friend of
BRANDON ROGERS, a Minor                                                          PLAINTIFFS

VS.                              2:11CV00212 KGB

RUSH TRUCKING CORPORATION
and MARIA ROMERO                                                                 DEFENDANTS

## ORDER

Pursuant to Amended General Order No. 54, counsel and their staff are authorized to bring electronic devices into the courthouse for the February 6, 2013 settlement conference. They should present this Order to Court Security Personnel at the security checkpoint.

IT IS SO ORDERED this 5th day of February, 2013.

_____
UNITED STATES MAGISTRATE JUDGE