# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

PEARLENE MOH, et al.                                                                                      PLAINTIFFS

VS.                              CIVIL ACTION NO. 2:11-cv-00212- KGB-JTR

RUSH TRUCKING CORPORATION                                                           DEFENDANT

## ORDER

The parties have reached a settlement following a conference before United States Magistrate Judge J. Thomas Ray on 02/06/2013.  The settlement agreement which the Court dictated into the record shall be filed **under a Confidentiality Agreement and filed UNDER SEAL**.

IT IS SO ORDERED, this 6th day of February, 2013.

_____
UNITED STATES MAGISTRATE JUDGE