IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

PEARLENE MOH; FELICIA SMITH,
Individually and as Parent and Next Friend of
BRANDON ROGERS, a Minor                                    PLAINTIFFS

v.                       NO: 2:11-CV-212-BRW

RUSH TRUCKING CORPORATION
and MARIA ROMERO                                           DEFENDANTS

### ORDER OF DISMISSAL WITH PREJUDICE

Now on this day, it appearing to the Court that this matter has been compromised and settled, the above styled case is hereby dismissed with prejudice as against the Defendants, Rush Trucking Corporation and Maria Romero.

IT IS SO ORDERED this 16th day of April, 2013
                     18th  KGB

_____
HONORABLE KRISTINE G. BAKER

PREPARED BY:

_____
D. Michael Huckabay, Jr. (89135)
The Huckabay Law Firm
425 West Capitol Avenue, Suite 1575
Little Rock, Arkansas 72201
Attorneys for Defendants

APPROVED AS TO FORM:

_____
Connie Grace  (97101)
Gary Holt & Associates
708 West 2nd Street
P.O. Box 3887
Little Rock, AR  72203
Attorneys for Plaintiffs